DAVID A. HOAG, Respondent, v. THE ELMIRA STAR GAZETTE, Appellant.—

Order affirmed, with ten dollars costs and disbursements. All concur, except Taylor and Crosby, JJ., who dissent and vote for reversal. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.